# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :        CHAPTER 13
Sean and Miranda Massey

DEBTOR                            :        BKY. NO.  17-18649ELF13

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date:  May 23, 2019                    _____s/_____
                                                          MICHAEL A. CATALDO, ESQUIRE
                                                          CIBIK & CATALDO, P.C.
                                                          1500 WALNUT STREET, STE. 900
                                                          PHILADELPHIA, PA  19102
                                                          (215) 735-1060