United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean Massey  
Miranda L. Massey  
     Debtors

Case No. 17-18649-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey        Page 1 of 1        Date Rcvd: Jun 04, 2019  
                         Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.  
db/jdb        +Sean Massey,   Miranda L. Massey,   1701 N. 62nd Street,   Philadelphia, PA 19151-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:42     City of Philadelphia,  
           City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
           Philadelphia, PA 19102-1595  
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:03  
           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
           Harrisburg, PA 17128-0946  
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2019 03:03:39     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr            +E-mail/Text: blegal@phfa.org Jun 05 2019 03:03:24     Pennsylvania Housing Finance Agency,  
           211 North Front Street,   Harrisburg, PA 17101-1406  
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:41     Synchrony Bank,  
           c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                  TOTAL: 5

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:  
           KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
           LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
           MICHAEL A. CATALDO2   on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
           MICHAEL A. CATALDO2   on behalf of Debtor Sean Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
           MICHAEL A. CIBIK2   on behalf of Debtor Sean Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
           MICHAEL A. CIBIK2   on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com, igotnotices@ccpclaw.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                    TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    SEAN MASSEY | : | |
|    MIRANDA L. MASSEY, | : | |
|          Debtors | : | Bky. No.  17-18649 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. # 41) is **APPROVED**.

**Date: June 4, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**