# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                                   Chapter 13

                                                                   Bankruptcy No. 17-18649-ELF

SEAN  MASSEY
MIRANDA L MASSEY
1701 N. 62ND STREET

PHILADELPIA, PA 19151

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SEAN  MASSEY
    MIRANDA L MASSEY
    1701 N. 62ND STREET

    PHILADELPIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 9/17/2019

                                                     /S/ William C. Miller
                                                     _____

                                                   William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee