IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SEAN MASSEY )<br>    MIRANDA L. MASSEY )<br>       **Debtor(s)** )<br>                       )<br>SANTANDER CONSUMER USA INC. )<br>    **Moving Party** )<br>                       )<br>          v. )<br>                       )<br>SEAN MASSEY )<br>MIRANDA L. MASSEY )<br>    **Respondent(s)** )<br>                       )<br>WILLIAM C. MILLER )<br>    **Trustee** ) | CHAPTER 13<br><br>CASE NO. 17-18649 (ELF)<br><br>HEARING DATE: **2-23-21 at 9:30 AM**<br><br><br>11 U.S.C. 362 |

### ORDER APPROVING STIPULATION

    IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about March 2, 2021 in the above matter (Doc. # 80) is **APPROVED**.

Dated:  3/5/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**