United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-18649-elf |
| Sean Massey | Chapter 13 |
| Miranda L. Massey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean Massey, Miranda L. Massey, 1701 N. 62nd Street, Philadelphia, PA 19151-3926 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Mar 09 2021 03:25:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2021 03:05:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 10, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 08, 2021 | Form ID: pdf900 | Total Noticed: 4

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL A. CATALDO2
    on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com igotnotices@ccpclaw.com

MICHAEL A. CATALDO2
    on behalf of Debtor Sean Massey ecf@ccpclaw.com igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
    on behalf of Debtor Sean Massey ecf@ccpclaw.com igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
    on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com igotnotices@ccpclaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SEAN MASSEY<br>　　　MIRANDA L. MASSEY<br>　　　**Debtor(s)** | CHAPTER 13 |
| | CASE NO. 17-18649 (ELF) |
| SANTANDER CONSUMER USA INC.<br>　　　**Moving Party** | |
| | HEARING DATE: **2-23-21 at 9:30 AM** |
| v. | |
| SEAN MASSEY<br>MIRANDA L. MASSEY<br>　　　**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>　　　**Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about March 2, 2021 in the above matter (Doc. # 80) is **APPROVED**.

Dated:  3/5/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**