United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-18649-elf
Sean Massey  Chapter 13
Miranda L. Massey
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean Massey, Miranda L. Massey, 1701 N. 62nd Street, Philadelphia, PA 19151-3926 |
| 14034130 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Usa Funds/sallie Mae Servicing, Po Box 6180, Indianapolis, IN 46206 |
| 14034110 | | BRYN MAWR HOSPITAL, PATIENT PAYMENTS, PO BOX 784950, PHILADELPHIA, DE 19784-4950 |
| 14034109 | + | Commonwealth of PA, PennDOT Chief Counsel, 1101 S. Front Street, 3rd Floor, Harrisburg, PA 17104-2570 |
| 14034115 | | DELAWARE VALLEY ID ASSOCIATES, 100 E LANCASTER AVE MOB EAST SUITE 556, WYNNEWOOD, MA 01909-3423 |
| 14034105 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 14034106 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14054949 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 14034118 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14034119 | | MAINLINE HEALTH, LANKENAU MEDICAL CENTER, PATIENT PAYMENTS, PO BOX 781145, Philadelphia, PA 19178-1145 |
| 14034122 | | Peco Energy, 2301 Market Street # N 3-1, 2301 Market Street # N 3-1, New York, NY 10103 |
| 14034126 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14579465 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14579532 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14034107 | | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 14288329 | + | U.S. BANK NATIONAL ASSOCIATION, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14071962 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14034128 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14034129 | + | Usa Funds/sallie Mae Servicing, Cbe Group, Po Box 900, Waterloo, IA 50704-0900 |
| 14034131 | #+ | WALNUT HOME THERAPEUTICS, 919 WALNUT STREET, SUITE 501, Philadelphia, PA 19107-5237 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 01 2021 05:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2021 05:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 01 2021 05:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: blegal@phfa.org | Apr 01 2021 05:39:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:39:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 17-18649-elf    Doc 85    Filed 04/02/21    Entered 04/03/21 00:56:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| | | | 23541-1021 |
| 14112523 | Email/Text: megan.harper@phila.gov | Apr 01 2021 05:39:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14034111 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2021 05:39:00 | Comenity Bank/Abarcrormbie, Po Box 182125, Columbus, OH 43218-2125 |
| 14034112 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2021 05:39:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14034113 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2021 05:39:00 | Comenitybank/New York, AttN: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14034114 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2021 04:39:22 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14034117 | + Email/PDF: pa_dc_ed@navient.com | Apr 01 2021 04:39:22 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14034116 | + Email/PDF: pa_dc_ed@navient.com | Apr 01 2021 04:49:54 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14034108 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2021 05:39:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 14070729 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2021 04:39:24 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14070084 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2021 04:39:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14034121 | + Email/PDF: pa_dc_claims@navient.com | Apr 01 2021 04:39:23 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14034120 | + Email/PDF: pa_dc_claims@navient.com | Apr 01 2021 05:00:01 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14074290 | Email/PDF: pa_dc_claims@navient.com | Apr 01 2021 04:39:22 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14077545 | Email/PDF: pa_dc_claims@navient.com | Apr 01 2021 04:39:22 | Navient c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14050573 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 01 2021 05:39:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14034123 | + Email/Text: blegal@phfa.org | Apr 01 2021 05:39:00 | PHFA, 211 N FRONT STREET, HARRISBURG PA 17101-1466 |
| 14034124 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2021 04:59:53 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14059286 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2021 04:49:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14034892 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2021 04:59:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14034127 | + Email/Text: bankruptcy@sw-credit.com | Apr 01 2021 05:39:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14034125 | | SANTANDER |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Sean Massey ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Miranda L. Massey ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Sean Massey ecf@ccpclaw.com igotnotices@ccpclaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SEAN MASSEY<br>MIRANDA L MASSEY | Chapter 13 |
| Debtor | Bankruptcy No. 17-18649-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: March 30, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
SEAN MASSEY
MIRANDA L MASSEY
1701 N. 62ND STREET

PHILADELPIA, PA 19151